UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Lonnie March, ) <br> ) <br> ) <br> Plaintiff(s) ) <br> ) <br> vs. ) <br> ) <br> Lonnie Michael, et al,. ) <br> ) <br> ) <br> Defendant(s) ) | Case No. 4:13cv01918 SPM |

## ORDER

The above styled and numbered case was filed on September 27, 2013 and randomly assigned to the Honorable Shirley P. Mensah , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.  The case should have been assigned to the Southeastern Division. Accordingly,

   **IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, under cause number 1:13cv00142.   **IT IS FURTHER ORDERED** that cause number. 4:13cv01918 SPM be administratively closed.


Dated this 27th Day of September, 2013.         JAMES G. WOODWARD
                                                 CLERK OF COURT

                                                By: /s/Michele Crayton
                                                    Deputy In Charge

**Please note the new case number: 1:13cv00142 LMB.**