UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Lonnie March,<br><br>    Plaintiff(s)<br><br>vs.<br><br>Lonnie Michael, et al,.<br><br>    Defendant(s) | Case No. 4:13cv01918 SPM |

## ORDER

The above styled and numbered case was filed on September 27, 2013 and randomly assigned to the Honorable Shirley P. Mensah , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, under cause number 1:13cv00142. **IT IS FURTHER ORDERED** that cause number. 4:13cv01918 SPM be administratively closed.

Dated this 27th Day of September, 2013.        JAMES G. WOODWARD
                                                                   CLERK OF COURT

                                                                     By: /s/Michele Crayton
                                                                           Deputy In Charge

**Please note the new case number: 1:13cv00142 LMB.**